[No. 13707-4-III.    Division Three.    April 3, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY MONTE SPRING, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 93-1-00044-8, Richard W. Miller, J., entered November 29, 1993. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 14298-1-III.    Division Three.    April 3, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS E. CHAVEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01212-3, Robert N. Hackett, J., entered August 31, 1994. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 14735-5-III.    Division Three.    April 3, 1997.]

*In the Matter of the Marriage of* JEANETTE LYNN PETRILLI, *Respondent, and* JAMES ANTHONY PETRILLI, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 91-3-01511-1, Marcus M. Kelly, J., entered February 14, 1995. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Munson, J. Pro Tem.

[No. 14805-0-III.    Division Three.    April 3, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID C. ESPINOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-1-00338-8, Donald W. Schacht, J., entered April 12, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Kurtz and Brown, JJ.